# United States Court of Appeals
## For the First Circuit

───────────────

No. 26-1661

IN RE: PANKAJ MERCHIA,

Petitioner.

───────────────

Before

Barron, <u>Chief Judge</u>,
Gelpí and Rikelman, <u>Circuit Judges</u>.

───────────────

**JUDGMENT**

Entered: August 12, 2026

Petitioner Pankaj Merchia, M.D., filed directly in this court an "Emergency Motion to Direct the District Court Clerk to Docket Notice of Appeal, or, in the Alternative, to Accept and Forward Notice under Fed. R. App. P. 4(d) or Construe this filing as a Petition for Writ of Mandamus." Petitioner also filed a "Motion to Accept Corrected Exhibit A," which is <u>granted</u>.

Per Federal Rule of Appellate Procedure 4(d), "[i]f a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted." Consistent with that rule, the original filing in this court will be noted as received on June 1, 2026, and all of petitioner's filings in this court will be transferred to the district court for docketing in 1:26-cv-11574-BEM (D. Mass.) as a notice of appeal. Any issues regarding the sufficiency or timeliness of the notice of appeal will be addressed as raised.

Any other relief sought by petitioner in his filings in this court is denied, and this proceeding will be terminated upon transfer of petitioner's filings to the district court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Honorable Brian E. Murphy, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Pankaj Merchia